IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BRIDGET CROZIER, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON CONSUMER COMPANIES, INC., <br><br> Defendant. | Civil Action <br> No. 12-0008 (JBS/KMW) |
| MARGUERITE MCNAMEE, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON CONSUMER COMPANIES, INC., <br><br> Defendant. | Civil Action <br> No. 12-0010 (JBS/KMW) |

**ORDER**

This matter is before the Court on Plaintiffs' Motions to Amend their Complaints [Civ. No. 12-08, Docket Item 19; Civ No. 12-10, Docket Item 18] and Defendants' Motions for Leave to File Sur-Reply [Civ. No. 12-08, Docket Item 28; Civ No. 12-10, Docket Item 27]; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this **31st** day of **January** 2013 hereby

ORDERED that Defendants' Motions for Leave to File Sur-Reply

1

[Civ. No. 12-08, Docket Item 28; Civ No. 12-10, Docket Item 27] are granted; and it is further

ORDERED that Plaintiffs' Motions to Amend their Complaints [Civ. No. 12-08, Docket Item 19; Civ No. 12-10, Docket Item 18] are denied; and it is further

ORDERED that the clerk shall close these cases on the docket.

                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        Chief U.S. District Judge